UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER CLARK,

Plaintiff,

v. CASE NO. 8:16-cv-591-T-23AAS

AETNA LIFE INSURANCE
COMPANY,

Defendant.
_____________________________________/

**ORDER**

In accord with the parties' stipulation (Doc. 18), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on August 8, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE